## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE VALDEZ 08 CR 0124 | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX JULY 1, 2008 |
|---|---|---|---|
| CASE NUMBER | | DATE | |
| CASE TITLE | US v. JOSE de JESUS ALVARADO-TIZOC, et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge **MAGISTRATE JUDGE COX**

RECEIVED
JUL 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKET ENTRY:**

DETENTION ORDER PREVIOUSLY ISSUED IN 08 CR 124 TO STAND AS TO JOSE de JESUS ALVARADO-TIZOC. TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ANTONIO DURAN AND NOE DURAN. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL JULY 22, 2008 @ 5:00 P.M., OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE     (ONLY IF FILED UNDER SEAL)

BW Issued on 06+5 a 03
JUL 0 2 2008

| | | Number of notices | DOCKET# |
|---|---|---|---|
| No notices required, advised in open court. | | Date docketed | |
| No notices required. | | Docketing dpty. initials | |
| Notices mailed by judge's staff. | | | |
| Notified counsel by telephone. | | Date mailed notice | |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

UNITED STATES OF AMERICA

v.

JOSE de JESUS ALVARADO-TIZOC,
 aka "Jose de Jesus Tizoc",
 "Jose Jesus Alvarado",
 "Jose Alvarado", and "Chuy",
ANTONIO DURAN,
 aka "Popalot", and "Papalapa", and
NOE DURAN,
 aka "George"