

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

DATE: July 29, 2008

# FILED
8-5-08
AUG 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Northern _____ District Of Illinois _____
2046 Everett McKinley Dirksen  United States Courtho
219 South Dearborn Street Chicago, IL

Transfer of ☐ Criminal Case  or  ☑ Magistrate Case

Case No. ED08MJ262 _____ Case Title: USA v. Duran _____

**08 CR 124-3**
**JUDGE KENDALL**
**MAGISTRATE JUDGE VALDEZ**

Dear Sir/Madam:

**Pursuant to Rule 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond        or        ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport    or        ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Other _____

**Pursuant to ☐ Rule 20 / ☐ Rule 21:**
☐ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
☐ Original Passport                    or        ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

---

**\*\*Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's pacer account .

---

Sincerely,

Clerk, U.S. District Court

By M. Mead
Deputy Clerk

---

*cc:   U.S. Attorney -Central District of California and Receiving District, Pretrial Services*

## TO BE COMPLETED BY RECEIVING DISTRICT

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐ CrimIntakeCourtDocs-LA@cacd.uscourts.gov    (Los Angeles Offices)
☑ CrimIntakeCourtDocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case No: _____    Clerk, U.S. District Court

_____                By: _____
Date                                    Deputy Clerk

CR-48 (05/08)         **LETTER RE:  RULE 5, 20 and 21 - TRANSFER OUT**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:08-mj-00262-DUTY-1

Case title: USA v. Duran

Date Filed: 07/16/2008
Date Terminated: 07/25/2008

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Noe Duran**
*TERMINATED: 07/25/2008*

represented by **Kay K Otani**
Federal Public Defenders Office
3801 University Avenue Suite 150
Riverside, CA 92501
951-276-6346
Fax: 951-276-6368
Email:
zzCAC_FPD_Document_Receiving@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Defendant in violation of 21:846 | Defendant ordered held to answer to the USDC, Northern District of Illinois at |

Chicago

**Plaintiff**

USA                                       represented by    **US Attorney's Office**
                                                           AUSA - Office of US Attorney
                                                           312 N Spring St, 12th Floor
                                                           Los Angeles, CA 90012-4700
                                                           213-894-2434
                                                           Email: USACAC.Criminal@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Noe Duran, originating in the Northern District of Illinois, Eastern Division. Defendant charged in violation of: 21:846. Signed by agent Ibar Mian, Special Agent. (mrgo) (Entered: 07/22/2008) |
| 07/16/2008 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Noe Duran; defendants Year of Birth: 1987; date of arrest: 7/16/2008. (mrgo) (Entered: 07/22/2008) |
| 07/16/2008 | 3 | Defendant Noe Duran arrested on warrant issued by the USDC Northern District of Illinois at Chicago. (mrgo) (Entered: 07/22/2008) |
| 07/16/2008 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Noe Duran (mrgo) (Entered: 07/22/2008) |
| 07/16/2008 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Oswald Parada as to Defendant Noe Duran Defendant arraigned and states true name is as charged. Attorney: Kay K Otani for Noe Duran, DFPD, present. Court orders defendant temporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 7/21/2008 at 03:00 PM before Magistrate Judge Oswald Parada. Court Smart: RS-3. (mrgo) (Entered: 07/22/2008) |
| 07/16/2008 | 6 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Oswald Parada as to Defendant Noe Duran. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 7/21/2008 at 03:00 PM before Magistrate Judge Oswald Parada. (mrgo) (Entered: 07/22/2008) |
| 07/16/2008 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Noe Duran. (mrgo) (Entered: 07/22/2008) |
| 07/21/2008 | 8 | MINUTES OF Detention Hearing held before Magistrate Judge Oswald Parada as to Defendant Noe Duran. The Court Orders the defendant temporarily detained. ( Detention Hearing continued to 7/24/2008 at 11:30 AM before Magistrate Judge Oswald Parada.) Court Smart: CS RS-3. (mrgo) (Entered: |

| | | 07/23/2008) |
|---|---|---|
| 07/21/2008 | 9 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Oswald Parada as to Defendant Noe Duran. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 7/24/2008 at 11:30 AM before Magistrate Judge Oswald Parada. (mrgo) (Entered: 07/23/2008) |
| 07/21/2008 | 10 | AMENDED MINUTES OF DETENTION HEARING filed by Defendant Noe Duran RE: Detention Hearing, 8 . Detention hearing continued to 7/25/08 at 11:30am. (mrgo) (Entered: 07/24/2008) |
| 07/21/2008 | 11 | AMENDED ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Oswald Parada as to Defendant Noe Duran. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 7/25/2008 at 11:30 AM before Magistrate Judge Oswald Parada. (mrgo) Modified on 7/24/2008 (mrgo). (Entered: 07/24/2008) |
| 07/25/2008 | 12 | ORDER OF DETENTION by Magistrate Judge Oswald Parada as to Defendant Noe Duran. (mrgo) (Entered: 07/29/2008) |
| 07/25/2008 | 13 | WAIVER OF RIGHTS approved by Magistrate Judge Oswald Parada as to Defendant Noe Duran. (mrgo) (Entered: 07/29/2008) |
| 07/25/2008 | 14 | MINUTES OF Detention Hearing held before Magistrate Judge Oswald Parada as to Defendant Noe Duran, The Court Orders the defendant permanently detained. Court orders defendant held to answer to Northern District of Illinois. Warrant of Removal and final commitment to issue. Court Smart: CS RS-3. (mrgo) (Entered: 07/29/2008) |
| 07/25/2008 | 15 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Oswald Parada that Defendant Noe Duran be removed to the Northern District of Illinois. (Attachments: # 1 Letter CR-48) (mrgo) (Entered: 07/29/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/07/2008 06:10:19 | | |
| PACER Login: | us3962 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:08-mj-00262-DUTY End date: 8/7/2008 |
| Billable Pages: | 2 | Cost: | 0.16 |

FILED

2008 JUL 16  AM 11: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA | | CASE NUMBER |
| v. | PLAINTIFF(S) | **ED 08 - 0 2 6 2 M** |
| Noe DURAN | DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _Northern District of IL Eastern Division_
in the _____ District of _____ on _7/2/08_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _Fall 2005_
in violation of Title _2 1_ _____ U.S.C., Section(s) _846_
to wit: _18 USC 2_ _____

A warrant for defendant's arrest was issued by: _Marsha E. Glenn_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _7/16/08_ _____ , by

_____ , Deputy Clerk.

_____
Signature of Agent

_Ibrar Mian_
Print Name of Agent

_DEA_
Agency

_Special Agent_
Title

CR-52 (05/98)                    **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

FILED

2008 JUL 16 AM 11: 08

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER | |
|---|---|---|---|
| | PLAINTIFF | **ED 08 - 0262M** | |
| v. | | | |
| Noe DuRan | DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION | |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __7/16/08   8:30__   ☑ AM / ☐ PM

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __Title 21 USC Sec. 846   18 USC 2__

3. Offense charged is a: ☐ Felony   ☐ Minor Offense   ☑ Petty Offense   ☐ Other Misdemeanor

4. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown

5. Year of Birth: __1987__

6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☑ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

7. Place of detention (if out-of-district): __N/A__

8. Date detainer placed on defendant: __N/A__

9. This is a reprosecution of previously dismissed charges.  (Docket/Case No. __N/A__   )

10. Name of Pretrial Services Officer: __Lauren Robinson__

11. Remarks (if any): _____

12. Date: __7/16/08__           13. Signature: __[signature]__

14. Name: __Dbrar Mian__        15. Title: __Special Agent__

CR-64 (07/05)                **REPORT COMMENCING CRIMINAL ACTION**

AO 442 (Rev. 6/97) Warrant for Arrest

## United States District Court

Northern District of Illinois
Eastern Division

**ED 08 - 0262M**

United States of America

v.

Noe Duran

WARRANT FOR ARREST

Case Number: 08 CR 1244

To:    The United States Marshal
       And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Noe Duran and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[Indictment]    Information    Complaint    Order of court    Violation Notice
Probation    Violation Petition

charging him or her with:    **Conspracy to Distribute Controlled Substance, Aiding & Abetting**

in violation of Title 21 United States Code, Section(s) 846; 18 USC 2

Marsha E. Glenn Issuing Officer                    Deputy Clerk

Signature of Issuing Officer                         July 2, 2008; Chicago, Illinois

Bail fixed at $                                     _____
                                                    , Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 124 |
| | ) | |
| v. | ) | Violations: Title 21, United States Code, |
| | ) | Section 846; and Title 18, United States |
| JOSE de JESUS ALVARADO-TIZOC, | ) | Code, Section 2. |
| aka "Jose de Jesus Tizoc", | ) | |
| "Jose Jesus Alvarado", | ) | |
| "Jose Alvarado", and "Chuy", | ) | **SUPERSEDING INDICTMENT** |
| ANTONIO DURAN, | ) | |
| aka "Popalot", and "Papalapa", and | ) | Hon. Virginia M. Kendall |
| NOE DURAN, | ) | |
| aka "George" | ) | **UNDER SEAL** |

**COUNT ONE**

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

1.      Beginning no later than in or about 2003, and continuing until at least in or about

June 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE de JESUS ALVARADO-TIZOC,
aka "Jose de Jesus Tizoc", "Jose Jesus Alvarado",
"Jose Alvarado", and "Chuy",
ANTONIO DURAN,
aka "Popalot", "Papalapa", and
NOE DURAN,
aka "George",

defendants herein, did conspire with Lutgardo Chavez, Jr., aka "Lalo"; Jesus Mario

Fajardo-Trujillo, aka "Marito", "Mario", "Mario Fajardo", and "Mario Fajardo-Trujillo";

Felixito Vidana-Aispuro, aka "Indio", "Felix", and "Felixito Vidana"; Ricardo Valdez-Torres,

aka "Cerebro" and "The Cooker"; Alfredo Molina-Garcia, aka "Guero"; Oscar Jacobo

Rivera-Peralta, aka "Jacobo"; Guadalupe Moreno Soto, aka "Tio", "Veterano", "Guadalupe

Moreno", and "Mario Alvarado-Tizoc"; Adrian Carreon, aka "Tortuga"; Darnell Hurt, aka

"D" and "Chaka"; James Austin, aka "Jaymo"; Johnny Shannon, aka "Boo C" and

"Boosie"; Derrick Campbell, aka "Dino"; Jerome Johnson, aka "Little Marcus" and "Wheezy"; and with others known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute and distribute controlled substances, namely, in excess of 400 grams of mixtures and substances containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Narcotic Drug Controlled Substance, and in excess of 1 kilogram of mixtures and substances containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.      It was part of the conspiracy that Felixito Vidana-Alspuro, assisted by various other co-conspirators, led a drug trafficking organization (hereinafter "the organization") that obtained large quantities of cocaine, heroin and fentanyl from Mexico for resale to wholesale customers in Chicago, Illinois, Detroit, Michigan, and elsewhere.

3.      It was further part of the conspiracy that, on multiple occasions, Guadalupe Moreno-Soto and Adrian Carreon, assisted by Lutgardo Chavez, Jr. and defendant JOSE de JESUS ALVARADO-TIZOC, and various other co-conspirators, distributed and caused to be distributed wholesale quantities of heroin on behalf of the organization to Detroit, Michigan-based co-conspirators, including Darnell Hurt, who was assisted by various co-conspirators, for resale to others. The heroin was fronted to these co-conspirators with the understanding that the full purchase price would be paid later.

4.      It was part of the conspiracy that in or about 2003, Ricardo Valdez-Torres, assisted by Oscar Jacobo Rivera-Peralta, established a company in Mexico named Distribuidora Tallos SA de CV. Ricardo Valdez-Torres and Oscar Jacobo Rivera-Peralta

2

Case 1:08-cr-00124   Document 29   Filed 08/05/2008   Page 10 of 30
07/16/2008  09:57   9093555721        FONTANA SHERIFF        PAGE  05/30
Case 5:08-mj-00262-DUTY      Document 3     Filed 07/16/2008     Page 4 of 8

held Distribuidora Talios out to the public as a legitimate business when in fact Distribuidora Talios was a front company through which Ricardo Valdez-Torres, Oscar Jacobo Rivera-Peralta and Co-Conspirator A ordered chemicals and equipment to be used in the manufacture of wholesale quantities of fentanyl.

5.      It was further part of the conspiracy that beginning no later than in or about 2004, Ricardo Valdez-Torres, Oscar Jacobo Rivera-Peralta, Co-Conspirator A and Co-Conspirator B operated a laboratory in Toluca, Mexico (hereinafter "the Toluca laboratory") that was used for the manufacturing of wholesale quantities of fentanyl for distribution to others on behalf of the organization.

6.      It was further part of the conspiracy that at various times between at least 2003 and in or about May 2006, Felixito Vidana-Aispuro, Alfredo Molina-Garcia and Co-Conspirator B, who was assisted by Co-Conspirator C, invested in the Toluca laboratory in order to promote the manufacturing of fentanyl for distribution to others on behalf of the organization.

7.      It was further part of the conspiracy that at various times, beginning no later than in or about the Summer of 2005, Co-Conspirator B and Ricardo Valdez-Torres manufactured wholesale quantities of fentanyl at the Toluca laboratory.

8.      It was further part of the conspiracy that at various times beginning no later than in or about the Summer of 2005, Co-Conspirator B and Felixito Vidana-Aispuro, assisted by Alfredo Molina-Garcia and various other co-conspirators, distributed and caused to be distributed on a fronted basis wholesale quantities of fentanyl manufactured at the Toluca laboratory on behalf of the organization to co-conspirators in the Chicago, Illinois area, including Guadalupe Moreno-Soto and Jesus Mario Fajardo-Trujillo.

07/16/2008 09:57 9093568721    FONTANA SHERIFF    PAGE    07/30
Case 1:08-cr-00124    Document 29    Filed 08/05/2008    Page 11 of 30
Case 5:08-mj-00262-DUTY    Document 3    Filed 07/16/2008    Page 5 of 8

9.    It was further part of the conspiracy that, on multiple occasions, beginning no later than in or about the Summer of 2005, Guadalupe Moreno-Soto and Jesus Mario Fajardo-Trujillo, assisted by various co-conspirators, distributed and caused to be distributed on a fronted basis wholesale quantities of fentanyl manufactured at the Toluca laboratory on behalf of the organization to Chicago, Illinois-based co-conspirators, including Lutgardo Chavez, Jr. and defendant JOSE de JESUS ALVARADO-TIZOC, and other co-conspirators, and to Detroit, Michigan-based co-conspirators, including Darnell Hurt, who was assisted by various co-conspirators, for resale to others.

10.    It was further part of the conspiracy that, on multiple occasions, beginning no later than in or about the Fall of 2005, defendant JOSE de JESUS ALVARADO-TIZOC, distributed wholesale quantities of fentanyl manufactured at the Toluca laboratory to defendants ANTONIO DURAN and NOE DURAN in the Chicago area.

11.    It was further part of the conspiracy that, on multiple occasions, beginning no later than in or about the Fall of 2005, defendants ANTONIO DURAN and NOE DURAN, assisted by defendant JOSE de JESUS ALVARADO-TIZOC, distributed on a fronted basis wholesale quantities of fentanyl manufactured at the Toluca laboratory to customers in the Chicago, Illinois area, including Derek Campbell, a member of the Mickey Cobras street gang.

12.    It was further part of the conspiracy that, on multiple occasions, beginning no later than in or about the Fall of 2005, Derek Campbell distributed on a fronted basis wholesale quantities of fentanyl manufactured at the Toluca laboratory to customers in the Chicago, Illinois area, including James Austin and Johnny Shannon, members of the Mickey Cobras street gang. Members of the Mickey Cobras street gang, including Jerome

4

07/15/2008  09:57  9093566721                  FONTANA SHERIFF                    PAGE  08/30

Case 1:08-cr-00124    Document 29    Filed 08/05/2008    Page 12 of 30
Case 5:08-mj-00262-DUTY        Document 3      Filed 07/16/2008      Page 6 of 8

Johnson, distributed the fentanyl received by James Austin and Johnny Shannon to customers in the Dearborn Homes housing project located on the South Side of Chicago.

13.    It was further part of the conspiracy that defendants and various co-conspirators regularly used cellular telephones and land-line telephones to facilitate their drug transactions.

14.    It was further part of the conspiracy that the defendants and various co-conspirators would and did conceal and hide, and cause to be concealed and hidden, the purposes of the acts done in furtherance of the conspiracy, and would and did use coded language, surveillance and counter-surveillance techniques, and other means to avoid detection and apprehension by law enforcement authorities and otherwise to provide security to members of the conspiracy;

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

5

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1.      The allegation of Counts One is realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of their violation of Title 21, United States Code, Section 846, as alleged in the foregoing Indictment,

JOSE de JESUS ALVARADO-TIZOC,<br>
aka "Jose de Jesus Tizoc", "Jose Jesus Alvarado",<br>
"Jose Alvarado", and "Chuy",<br>
ANTONIO DURAN,<br>
aka "Popalot", "Papalapa", and<br>
NOE DURAN,<br>
aka "George",

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): (1) any and all property constituting and derived from any proceeds they obtained, directly and indirectly, as a result of the violation of Title 21, United States Code, Section 846; and (2) any and all of property used, or intended to be used, in any manner or part, to commit and facilitate the commission of the violation of Title 21, United States Code, Section 846.

3.      The interests of the defendants subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853 include, but are not limited to, the following::

      a.      $450,000 in United States Currency, representing the estimated proceeds of the narcotics distribution organization;

6

4.    If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendants:

     a.      cannot be located upon the exercise of due diligence;

     b.      has been transferred to, sold to, or deposited with a third person;

     c.      has been placed beyond the jurisdiction of the Court;

     d.      has been substantially diminished in value;

     e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property belonging to defendants under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1);

     All pursuant to Title 21, United States Code, Section 853.

         A TRUE BILL:


         FOREPERSON


UNITED STATES ATTORNEY

ORIGINAL

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SHERI PYM
    Assistant United States Attorney
 3  Chief, Riverside Branch Office
    Brendt C. Butler (Cal. Bar No. 211273)
 4  Assistant United States Attorney
              3880 Lemon Street, Suite 210
 5            Riverside, California 92501
              Telephone:  (951) 276-6098
 6            Facsimile:  (951) 276-6202
              E-Mail: brendt.butler@usdoj.gov
 7
    Attorneys for Plaintiff
 8  United States of America
 9
10                  UNITED STATES DISTRICT COURT
11            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12  UNITED STATES OF AMERICA,       )   Case No. 08-MJ-00262-DUTY
                                    )
13                   Plaintiff,     )
                                    )   GOVERNMENT'S NOTICE OF REQUEST
14                                  )   FOR DETENTION
          v.                        )
15                                  )
    NOE DURAN                       )
16                                  )
                     Defendant.     )
17  _____)
18
19       Plaintiff, United States of America, by and through its counsel
20  of record, hereby requests detention of defendant and gives notice
21  of the following material factors:
22  _____   1.   Temporary 10-day Detention Requested (§ 3142(d))
23                on the following grounds:
24       _____ a. present offense committed while defendant was on
25                release pending (felony trial), (sentencing),
26                (appeal), or on (probation) (parole); or
27       _____ b. defendant is an alien not lawfully admitted for
28                permanent residence; and
```

FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

1          _____ c. defendant may flee; or

2          _____ d. pose a danger to another or the community.

3    _X_   2.   Pretrial Detention Requested (§ 3142(e)) because no

4               condition or combination of conditions will

5               reasonably assure:

6          _X_  a. the appearance of the defendant as required;

7          _X_  b. safety of any other person and the community.

8    _____ 3.   Detention Requested Pending Supervised

9               Release/Probation Revocation Hearing (Rules

10              32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

11         _____ a. defendant cannot establish by clear and

12              convincing evidence that he/she will not pose a

13              danger to any other person or to the community;

14         _____ b. defendant cannot establish by clear and

15              convincing evidence that he/she will not flee.

16   _X_   4.   Presumptions Applicable to Pretrial Detention (18

17              U.S.C. § 3142(e)):

18         _X_  a. Title 21 or Maritime Drug Law Enforcement Act

19              ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

20              with 10-year or greater maximum penalty

21              (presumption of danger to community and flight

22              risk);

23         _____ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,

24              or 2332b(g)(5)(B) with 10-year or greater maximum

25              penalty (presumption of danger to community and

26              flight risk);

27         _____ c. offense involving a minor victim under 18 U.S.C.

28

1   §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

2   2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

3   2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

4   (presumption of danger to community and flight

5   risk);

6   ____  d.  defendant currently charged with an offense

7   described in paragraph 5a - 5e below, AND

8   defendant was previously convicted of an offense

9   described in paragraph 5a - 5e below (whether

10   Federal or State/local), AND that previous

11   offense was committed while defendant was on

12   release pending trial, AND the current offense

13   was committed within five years of conviction or

14   release from prison on the above-described

15   previous conviction (presumption of danger to

16   community).

17   __X__  5.  Government Is Entitled to Detention Hearing

18   Under § 3142(f) If the Case Involves:

19   ____  a.  a crime of violence (as defined in 18 U.S.C.

20   § 3156(a)(4)) or Federal crime of terrorism (as

21   defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

22   maximum sentence is 10 years' imprisonment or

23   more;

24   ____  b.  an offense for which maximum sentence is life

25   imprisonment or death;

26   __X__  c.  Title 21 or MDLEA offense for which maximum

27   sentence is 10 years' imprisonment or more;

28

1           \_\_\_\_  d.  any felony if defendant has two or more

2                    convictions for a crime set forth in a-c above or

3                    for an offense under state or local law that

4                    would qualify under a, b, or c if federal

5                    jurisdiction were present, or a combination or

6                    such offenses;

7           \_\_\_\_  e.  any felony not otherwise a crime of violence that

8                    involves a minor victim or the possession or use

9                    of a firearm or destructive device (as defined in

10                  18 U.S.C. § 921), or any other dangerous weapon,

11                  or involves a failure to register under 18 U.S.C.

12                  § 2250;

13         X  f.  serious risk defendant will flee;

14         \_\_\_\_  g.  serious risk defendant will (obstruct or attempt

15                    to obstruct justice) or (threaten, injure, or

16                  intimidate prospective witness or juror, or

17                  attempt to do so).

18    _____  6.  Government requests continuance of \_\_\_\_\_ days for

19             detention hearing under § 3142(f) and based upon the

20             following reason(s):

21

22

23

24  ///

25  ///

26  ///

27  ///

28

1     \_\_\_\_\_    7.    Good cause for continuance in excess of three days

2     exists in that:

3     _____

4     _____

5     _____

6

7 DATED: July 16, 2008         Respectfully submitted,

8         THOMAS P. O'BRIEN
        United States Attorney

9         SHERI PYM

10         Assistant United States Attorney
        Chief, Riverside Branch Office

11

12         _____

        BRENDT C. BUTLER

13         Assistant United States Attorney

14         Attorneys for Plaintiff
        UNITED STATES OF AMERICA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | Eastern Division |
|---|---|---|
| | Plaintiff, | |
| vs. | | Case Number: 5:08-MJ-00262   Out of District Affidavit |
| | | Initial App. Date: 07/16/2008   Initial App. Time: 3:00 PM |
| NOE DURAN | | |
| | Defendant. | Date Filed: 07/16/2008 |
| | | Violation: 21 USC 846, 18 USC 2 |
| | | CourtSmart: _____ RS-5 _____ |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Oswald Parada | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** _____ Maynor Galvez _____   _____ Brent Butler _____   _____ None _____
　　　　　　　Deputy Clerk　　　　　　Assistant U.S. Attorney　　　　Interpreter/Language

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
　　☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☑ Financial Affidavit ordered SEALED.
☑ Attorney: KAY OTANI, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
　　☐ Special appearance by: _____.
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for
　　the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
　　District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
　　☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
　　☐ Warrant of removal and final commitment to issue.
　　☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) 7/21/08 (Time) 2:00 _____ AM /PM
　☑ Type of Hearing: Detention Before Judge Parada /Duty Magistrate Judge.
　　Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

　☑ PSA　　　　☐ FINANCIAL　　　　☐ READY
　　　　　　　　　　　　　　　　　　　Deputy Clerk Initials _MV_
　　　　　　　　　　　　　　　　　　　　　　　　　　: _10_

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>NOE DURAN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED08MJ00262<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>DEFENDANT</u>, IT IS ORDERED that a detention hearing is set for <u>7/21/08</u>, _____, at <u>3:00</u> ☐a.m. / ☒p.m. before the Honorable <u>OSWALD PARADA</u>, in Courtroom <u>3</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>7/16/08</u>

_____
U.S. District Judge/Magistrate Judge

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. __ED08MJ262__     Tape No. __CS RS-3__     Date: __7/21/08__

Present: The Honorable __OSWALD PARADA__ , U.S. Magistrate Judge

| __MAYNOR GALVEZ__ | __JOSEPH WIDMAN__ | |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* |

| USA v. NOE DURAN | Attorney Present for Defendant: |
|---|---|
| | KAY OTANI |
| ☒ Present  ☒ Custody  ☐ Bond  ☐ Not present | ☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present |

### PROCEEDINGS:  TEMPORARY / PERMANENT DETENTION HEARING

☒  Matter called for ☐ temporary / ☒ permanent detention hearing.

☐  Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐  Witnesses CST (see separate list).

☐  Exhibits Marked/Admitted (see separate list).

☐  Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. *See separate detention order.*

☐  Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.

☐  Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐  Court further orders U.S. Attorney to notify _____
   *(Name of appropriate officials)*

☐  Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
   Courtroom _____ if _____ fails or declines
   to take custody of defendant.     *(Name of appropriate officials)*

☐  Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.

☒  Court orders case continued to __7/24/08__ at __11:30__ ☒a.m. / ☐p.m. for __detention hearing__

☒  Other: __Good cause having been shown, the court grants defendant's request to continue the detention hearing.__

### BAIL INFORMATION

**TYPE OF BOND**

☐  Personal Recognizance *(Signature only - no dollar amount)*
☐  Unsecured Appearance Bond in amount of $_____
☐  Appearance Bond in amount of $_____
   ☐  with cash deposit (amount or %) _____
   ☐  with affidavit of surety (no justification) (Form CR-4)
   ☐  with justification affidavit of surety  (Form CR-3)
   ☐  with deeding of property
☐  Collateral Bond in amount of $_____
   *(cash or negotiable securities)*
☐  Corporate Surety Bond in amount of $_____
   *(Corporate Surety Bond requires separate form)*
☐  Release NOW and justify by _____
   OR appear before Magistrate Judge _____
   at _____ ☐ AM / ☐ PM on _____

**CONDITIONS OF RELEASE**

☐  PSA Supervision     ☐  Intensive
☐  Surrender passport
☐  Bail subject to Nebbia Hearing
☐  Travel restricted to: _____
☐  Avoid places of egress
☐  Alcohol/Drug testing: _____
☐  Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐  Release only to PSA
☐  Residence approved by PSA
☐  Not possess firearms or be in the presence of anyone using or possessing firearms
☐  Other: _____
   _____

☐  Bond Posted
☐  Release Ordered Forthwith; Issued Release No. _____

:05

mg

Distribution:     Blue - AUSA          Yellow - Defendant          Pink - PSA

M-46 (06/98)          **RECORD OF PROCEEDINGS - TEMPORARY / PERMANENT DETENTION HEARING**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

NOE DURAN

DEFENDANT(S).

CASE NUMBER

ED08MJ00262

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _DEFENDANT_____, IT IS ORDERED that a detention hearing is set for _7/24/08_____, _____, at _11:30_____ ☒a.m. / ☐p.m. before  the Honorable _OSWALD PARADA_____, in Courtroom _3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: __7/21/08_____

_____
U.S. District Judge/Magistrate Judge

**AMENDED**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. **ED08MJ262** _____ Tape No. **CS RS-3** _____ Date: **7/21/08** _____

Present: The Honorable **OSWALD PARADA** _____, U.S. Magistrate Judge

**MAYNOR GALVEZ** _____ **JOSEPH WIDMAN** _____ _____
Deputy Clerk _____ Assistant U.S. Attorney _____ Interpreter

| | |
|---|---|
| USA v.  NOE DURAN | Attorney Present for Defendant: |
| | **KAY OTANI** |
| ☒ Present  ☒ Custody  ☐ Bond  ☐ Not present | ☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present |

### PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING

☒ Matter called for ☐ temporary / ☒ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail.  See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
_____ *(Name of appropriate officials)*
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
Courtroom _____ if _____ fails or declines
to take custody of defendant. _____ *(Name of appropriate officials)*
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.
☒ Court orders case continued to  **7/25/08** ____ at **11:30** ☒a.m. / ☐p.m. for  **detention hearing** ____
☒ Other:  Good cause having been shown, the court grants defendant's request to continue the detention hearing.

### BAIL INFORMATION

**TYPE OF BOND**

☐ Personal Recognizance *(Signature only - no dollar amount)*
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification)  (Form CR-4)
  ☐ with justification affidavit of surety  (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
  *(cash or negotiable securities)*
☐ Corporate Surety Bond in amount of $_____
  *(Corporate Surety Bond requires separate form)*
☐ Release NOW and justify by _____
  OR appear before Magistrate Judge _____
  at _____ ☐ AM / ☐ PM on _____

**CONDITIONS OF RELEASE**

☐ PSA Supervision     ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to: _____
☐ Avoid places of egress
☐ Alcohol/Drug testing: _____
☐ Not illegally use or possess drugs or be in the presence of
  anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using
  or possessing firearms
☐ Other: _____
  _____

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

:05

mg

Distribution:     Blue - AUSA          Yellow - Defendant          Pink - PSA

**AMENDED**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ED08MJ00262 |
| v. | |
| NOE DURAN | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>DEFENDANT</u> , IT IS ORDERED that a detention hearing is set for <u>7/25/08</u> , <u>     </u>, at <u>11:30</u> ☒a.m. / ☐p.m. before the Honorable <u>OSWALD PARADA</u> , in Courtroom <u>3</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
<u>                                        </u> and produced for the hearing.
*(Other custodial officer)*

Dated: <u>7/21/08</u>

<u>                                        </u>
U.S. District Judge/Magistrate Judge

FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )    Case No.: *ED08 - 262-M*
                    Plaintiff,           )
                                         )
        v.                               )    ORDER OF DETENTION
                                         )
    *NOE Duron,*                         )
                    Defendant.           )

On motion by the government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required (or the safety of any person or the community).

The Court has considered the nature and circumstances of the offense(s); the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community.

The Court bases the foregoing findings on the defendant's non-objection to pre-trial detention and the Pretrial Services Report/Recommendation. (The defendant also has not rebutted the presumption provided by statute).

IT IS THEREFORE ORDERED that defendant be detained without prejudice prior to trial/revocation hearing.

---

ORDER OF DETENTION

1    IT IS FURTHER ORDERED that defendant be committed to the custody of the

2   Attorney General for confinement in a corrections facility separate, to the extent

3   practicable, from persons awaiting or serving sentences or being held in custody

4   pending appeal; that defendant be afforded reasonable opportunity for private

5   consultation with counsel; and that, on order of a Court of the United States or on

6   request of any attorney for the government, the person in charge of the corrections

7   facility in which defendant is confined deliver defendant to a United States Marshal

8   for the purpose of any appearance in connection with a Court proceeding. This order

9   is made without prejudice to reconsideration.

10

11   Dated: _7/25/08_

12                                HONORABLE OSWALD PARADA
                                  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

v.

*Noe Duran*

Defendant

CASE NUMBER *ED 08-262 M*

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _*Northern*_ District of _*Illinois*_
alleging violation of _*21 USC 846*_ and that I have been arrested in this district
and _____ (Title and Section) Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)    have an identity hearing to determine whether I am the person named in the charges;
(2)    receive a copy of the charge(s) against me;

*-Check one only-*

[✗]    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3)    have a preliminary examination (unless an indictment has been returned or an information filed)
to determine whether there is probable cause to believe an offense has been committed by me,
the hearing to be held in this district or the district of prosecution; and
(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
guilty.

[ ]    **PROBATION OR SUPERVISED RELEASE CASES:**
(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*
[✗]    *have an identity hearing*
[✗]    *receive a copy of the charge(s) against me*
[ ]    *have a preliminary examination*
[ ]    *have an identity hearing, and I have been informed that I have no right to a preliminary*
*examination*
[ ]    *have an identity hearing, but I request that a preliminary examination be held in the prosecuting*
*district*

_____
Defendant

_____
Defense Counsel

DATE: _*7/25/08*_

_____
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. ED08MJ262 _____     Tape No. CS RS-3 _____     Date: 7/25/08 _____

Present: The Honorable OSWALD PARADA _____, U.S. Magistrate Judge

| DONNISHA HAMID | DOROTHY MCLAUGHLIN | NONE |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* |

USA v. NOE DURAN

Attorney Present for Defendant:

KAY OTANI

☒ Present  ☒ Custody  ☐ Bond  ☐ Not present      ☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present

### PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING

☐ Matter called for ☐ temporary / ☐ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail.  See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
   *(Name of appropriate officials)*
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
   Courtroom _____ if _____ fails or declines
   to take custody of defendant.          *(Name of appropriate officials)*
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails.  See below for bail information.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____
☒ Other:  Defendant submits to detention; the Court orders the defendant permanently detained.
   Court ORDERS defendant Held to Answer to Northern District of Illinois. Warrant of removal and final commitment to issue.

### BAIL INFORMATION

| TYPE OF BOND | CONDITIONS OF RELEASE |
|---|---|
| ☐ Personal Recognizance *(Signature only - no dollar amount)* | ☐ PSA Supervision  ☐ Intensive |
| ☐ Unsecured Appearance Bond in amount of $_____ | ☐ Surrender passport |
| ☐ Appearance Bond in amount of $_____ | ☐ Bail subject to Nebbia Hearing |
|   ☐ with cash deposit (amount or %) _____ | ☐ Travel restricted to: _____ |
|   ☐ with affidavit of surety (no justification)  (Form CR-4) | ☐ Avoid places of egress |
|   ☐ with justification affidavit of surety  (Form CR-3) | ☐ Alcohol/Drug testing: _____ |
|   ☐ with deeding of property | ☐ Not illegally use or possess drugs or be in the presence of |
| ☐ Collateral Bond in amount of $_____ |   anyone illegally using or possessing drugs. |
|   *(cash or negotiable securities)* | ☐ Release only to PSA |
| ☐ Corporate Surety Bond in amount of $_____ | ☐ Residence approved by PSA |
|   *(Corporate Surety Bond requires separate form)* | ☐ Not possess firearms or be in the presence of anyone using |
| ☐ Release NOW and justify by _____ |   or possessing firearms |
|   OR appear before Magistrate Judge _____ | ☐ Other: _____ |
|   at _____ ☐ AM / ☐ PM on _____ | |

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

: 05

dsh

Distribution:     Blue - AUSA          Yellow - Defendant          Pink - PSA

Name & Address

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
| | ED08MJ262 |

PLAINTIFF(S)

v.

NOE DURAN

DEFENDANT(S).

**FINAL COMMITMENT AND WARRANT OF REMOVAL**
NORTHERN _____ District of _____ ILLINOIS

At _____ CHICAGO _____
*(City)*

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☒ an indictment by a Grand Jury
☐ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about 2003, in the District of Origin, the defendant did: Conspiracy to Distribute Controlled Substance, Aiding & Abetting.

in violation of Title(s) 21;18, U.S.C., Section(s) 846;2

The defendant has now:
☒ duly waived identity hearing before me on ___7/25/08___.
☐ duly waived preliminary examination before me on _____.
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☐ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

7/25/08 _____

_____

Date

United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____

Date

Deputy

M-15 (08/99)

**FINAL COMMITMENT AND WARRANT OF REMOVAL**