

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA  vs.  NOE DURAN

Case Number: **FILED**

1:08-CR-00124-3

AUG 1 9 2008
Aug 19 2008
JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NOE DURAN

| NAME (Type or print) |
|---|
| MARILYN A. MILLER |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
   s/  MARILYN A. MILLER

FIRM
Law Offices of Marilyn A. Miller

STREET ADDRESS
1336 S. FINLEY RD., SUITE # 1 R

CITY/STATE/ZIP
LOMABARD, ILLINOIS  60148

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 3123498 | 630/424-8816 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ✓