# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

| USA | v.s. | NOE DURAN |
|---|---|---|

FOR AT: **FILED** Aug 19, 2008
AUG 1 9 2008

JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

PERSON REPRESENTED (Show your full name)
► NOE DURAN

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
► 08 CR 124 - 3    08cr124

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor
Possession with Intent to Distribute and Distribute - Fentanyl and Heroin / Conspiracy to Possess

---

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____ not married
If married is your Spouse employed? ☐ Yes ☐ No  not married
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED                                SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE                            DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT   $ _____

---

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 0 | 0 | $ 0 | $ 0 |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  8/19/2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► X /s/ Noe Duran