# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 124 - 3 | **DATE** | 9/4/2008 |
| **CASE TITLE** | United States vs. Noe Duran | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/4/08 and continued to 10/31/08 at 1:30 p.m. Detention hearing set for 9/16/08 at 1:30 p.m. 16.1 conference extended to 9/12/08. Pretrial motions and supporting memoranda are to be filed by 10/3/08. Responses are to be filed by 10/17/08. Replies are due 10/24/08. Defendants not objecting, enter excludable delay for the period of 9/4/08 through 11/17/08 pursuant to 18 U.S.C. 3161(h)(1) and 3161(h)(8)(B)(iv).     X-T-4

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|